

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 3, 2025

**BY ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. David Wright*, 21 Cr. 648 (DLC)

Dear Judge Cote:

The Government respectfully submits this joint status update regarding the defendant's pending violation of supervised release proceedings. As the Court is aware, on or about December 11, 2024, the U.S. Probation Department submitted a violation report and request for summons containing three violation specifications related to the defendant's arrest on or about December 3, 2024 for possession of narcotics. The defendant's state court proceedings for charges relating to the violation specifications pending before Your Honor remain ongoing, and the Government understands from the Mount Vernon District Attorney's Office that the defendant's next court appearance is currently scheduled for April 17, 2025. Accordingly, the parties respectfully propose submitting an update letter to the Court, including any proposed next steps, in 30 days.

*Status letter is due May 16, 2025.*

*Denise Cote*
*4/4/25*

Respectfully Submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by: *Lauren Phillips*
Lauren E. Phillips
Assistant United States Attorney
(212) 637-2231

CC:   Christopher Booth, Esq. (by ECF)