U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 16, 2025

**BY ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. David Wright*, 21 Cr. 648 (DLC)

Dear Judge Cote:

The Government respectfully submits this joint status update regarding the defendant's pending violation of supervised release proceedings. As the Court is aware, on or about December 11, 2024, the U.S. Probation Department submitted a violation report and request for summons containing three violation specifications related to the defendant's arrest on or about December 3, 2024 for possession of narcotics. The defendant's state court proceedings for charges relating to the violation specifications pending before Your Honor remain ongoing.

The Government has been in contact with several prosecutors in the Westchester County District Attorney's Office, and the Government understands that defense counsel has been in contact with prosecutors and defense counsel in the state proceedings as well. The parties understand that the defendant was most recently in court yesterday, May 15, 2025, and is next scheduled to appear on June 4, 2025. Accordingly, the parties respectfully propose submitting an update letter to the Court, including any proposed next steps, in 45 days.

Respectfully Submitted,

JAY CLAYTON
United States Attorney

by: *Lauren Phillips*
Lauren E. Phillips
Assistant United States Attorney
(212) 637-2231

*Status report is due 6/27/25.*
*[signed] 5/20/25*

CC:   Christopher Booth, Esq. (by ECF)