

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 27, 2025

**BY ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    ***United States v. David Wright*, 21 Cr. 648 (DLC)**

Dear Judge Cote:

    The Government respectfully submits this joint status update regarding the defendant's pending violation of supervised release proceedings. As the Court is aware, on or about December 11, 2024, the U.S. Probation Department submitted a violation report and request for summons containing three violation specifications related to the defendant's arrest on or about December 3, 2024 for possession of narcotics. The defendant's state court proceedings for charges relating to the violation specifications pending before Your Honor remain ongoing, and the defendant's next appearance is scheduled for July 16, 2025.

    Accordingly, the parties respectfully propose submitting an update letter to the Court, including any proposed next steps, in 45 days.

                                            Respectfully Submitted,

                                            JAY CLAYTON
                                            United States Attorney

                         by: *Lauren Phillips*
                                            Lauren E. Phillips
                                            Assistant United States Attorney
                                            (212) 637-2231

CC:    Christopher Booth, Esq. (by ECF)

*Handwritten note:* Status letter is due 8/15/25.

*Signed:* Denise Cote 6/30/25