

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 26, 2025

**BY ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten note: Status letter is due 11/14/25. /s/ Denise Cote 9/29/25]*

Re:   *United States v. David Wright*, 21 Cr. 648 (DLC)

Dear Judge Cote:

The Government respectfully submits this joint status update regarding the defendant's pending violation of supervised release proceedings. As the Court is aware, on or about December 11, 2024, the U.S. Probation Office submitted a violation report containing three violation specifications related to the defendant's arrest on or about December 3, 2024 for possession of narcotics (the "Narcotics Specifications"). The defendant's state court proceedings related to the Narcotics Specifications remain ongoing, and the defendant's next appearance is scheduled for October 15, 2025. Accordingly, the parties respectfully propose submitting an update letter to the Court, including any proposed next steps, in 45 days.

Respectfully Submitted,

JAY CLAYTON
United States Attorney

by:   /s/ Lauren E. Phillips
Lauren E. Phillips
Assistant United States Attorney
(212) 637-2231

CC:   Christopher Booth, Esq. (by email)