UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :     21cr648(DLC)
UNITED STATES OF AMERICA,                 :
                                          :     ORDER
        -v-                               :
                                          :
DAVID WRIGHT,                             :
                                          :
                Defendant.                :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     For the reasons set forth on the record on May 6, 2026, it
is hereby

     ORDERED that the defendant David Wright (USM #80931-054) is
remanded to the custody of the United States Marshal's Service.

Dated: New York, New York
       May 6, 2026

                          _____
                               DENISE COTE
                          United States District Judge